to the sum of $25,134.94; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYDNEY SMITH, Appellant.— Orders affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GLOBE INDEMNITY COMPANY, Appellant, v. H. GOLDBERG TRUCKING CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JULIUS TISHMAN & SONS, INC., Respondent, v. WADDIE E. NAJJAR, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BERTI GABOR FEHER, Appellant, v. SUSANNA SCHMIDT FEHER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANCIS KEELY, an Infant, etc., by His Guardian ad Litem, THOMAS F. KEELY, Respondent, v. HARRY GRUBERGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling Merrell, McAvoy and Burr, JJ.

THOMAS F. KEELY, Respondent, v. HARRY GRUBERGER, Appellant.— Judgment and order affirmed, with costs, on the ground that the error assigned, to wit, that the verdict is excessive, cannot be raised on the point indicated by the appellant, namely, that the amount to be expended for an operation for the infant's cure should have been included in the infant's judgment, since the case was tried without objection on the theory that that was an expense to be borne by the father. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROSE PARADISE, Appellant, v. HARRY H. PARADISE, Respondent.— Judgment so far as appealed from affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of NATHAN COHEN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 11, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of ESTHER MARGOLIS, Appellant, in the Matter of SOLON COHEN and Others, for an Order Directing the Trustees of the Estate of NATHAN COHEN, Deceased, to Make Certain Payments, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 11, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE BOYD O'DAY v. JAMES A. O'DAY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of CHRISTOPHER C. JACKSON against WEST LUMBER CO., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GARRY DOHERTY v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of SAMUEL POMEROY COLT, Deceased.— Motion granted for

December 10, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX COHEN v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELLIE A. DOBBINS v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM.— Preference granted for December 8, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEONARD OBY, an Infant, etc., v. THE CITY OF NEW YORK.— Preference granted for December 8, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PATRICK FITZGERALD v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Preference granted for December 8, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of EDNA WILSON (a non-resident), Deceased.— Preference granted for December 10, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM S. EVANS v. STAR COMPANY.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the CITY OF NEW YORK (238th Street).— Preference granted for December 8, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANCYNE, INC., v. MEYER S. SCHEINMAN and Others, Impleaded with LANSON CO., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

---

## SECOND DEPARTMENT, NOVEMBER, 1925.

In the Matter of the Application of JAQUINO REALTY CORPORATION, Respondent, for a Peremptory Order of Mandamus against WILLIAM C. ORMOND and Others, Constituting the Board of Assessors of the City of New York, Appellants.

*Appeal — reargument directed on ground that case cannot be decided on papers presented — further papers ordered to be submitted.*

Appeal from a peremptory mandamus order of the Supreme Court, made at the Kings Special Term and entered in the Kings county clerk's office December 3, 1924.

PER CURIAM: We are unable to decide the questions presented by this appeal upon the papers filed. We, therefore, direct a reargument on November thirteenth. Upon such reargument we should be furnished with the following papers and exhibits referred to in the printed record but which were not submitted to the court: 1. The photographs referred to in the petition. 2. The maps or plans referred to in the papers, or extracts therefrom, showing: a. The beach said to have been laid out by the board of estimate and its relation to the property of the respondent. b. The boardwalk referred to in the petition and its relation to the property of the respondent and interference, if any, with access from respondent's property to the beach. c. The structure in West Thirty-seventh